UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In Re: ) | |
| ) | |
| ) | CHAPTER 11 |
| SANDWICH SERVICE CENTER ) | Case No. 07-10815-WCH |
| INCORPORATED ) | |
| Debtor ) | |
| ) | |

FIRST APPLICATION FOR INTERIM COMPENSATION
OF THE LAW OFFICE OF JENNIFER D. JOAKIM
AS COUNSEL TO THE DEBTOR

To the Honorable William C. Hillman, United States Bankruptcy Judge:

Jennifer D. Joakim and the Law Office of Jennifer D. Joakim hereby apply, pursuant to Section 330 of the Bankruptcy Code and Bankruptcy Rule 2016 and Local Rule 2016-1, for allowance of compensation for legal services performed in the above-captioned matter in the amount of $16,665.00 for services rendered during the time period of February 11, 2007 through April 20, 2007.

In support of this application, Counsel states the following:

1. Sandwich Service Center, Incorporated commenced its case through the filing of a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on February 11, 2007.

2. By Order dated March 15, 2007, this Court allowed the Debtor's Non-adversarial Application to Employ Counsel, authorizing the employment of Counsel for the Debtor effective as of the commencement of the case. A copy of the Order containing the Court's notation allowing the motion is attached as Exhibit A.

3.  Attached hereto as Exhibit B is a summary chart in conformance with Local Rule 2006-1(a)(2), setting forth the names and initials of attorneys who performed services for which compensation is requested in this Application, the hourly rate charged by each person (including any changes in this rate) and the total amount of fees charged by each person.  The services rendered by Counsel have been separated into four categories based upon subject matter and are summarized in the narrative of services attached as Exhibit C.  These services are itemized fully in the contemporaneously maintained time records attached as Exhibit D.  Biographies of the attorneys who provided services are attached as Exhibit E.

4.  During the course of its representation of the Debtor, Counsel has expended a substantial amount of time and effort relative to post-petition operation and reorganization of the Debtor's business.

5.  In addition, Counsel has expended substantial efforts in recovering and protecting the business assets of the estate so that the debtor in possession may operate its business as a going concern and effectively reorganize.  At the outset of the filing of the petition all of debtor's business assets were in the possession of creditors Arthur and Ruth Souza by virtue of an action filed in Barnstable Superior Court.  Also, the debtor's bank accounts had been garnished by the Massachusetts Department of Revenue on or about the time of the filing of the petition, the fact of which was unknown to the debtor due to the lockout of the business premises by creditors Arthur and Ruth Souza.  Shortly after the Debtor regained possession of the business location and assets, it was discovered that a relative of the Souza's had stolen and converted business assets of the Debtor, causing a criminal complaint to be filed with the Sandwich Police resulting in criminal charges in

the Barnstable District Court, in a further effort to marshal the assets of the bankruptcy estate.

6. All professional services for which this Application seeks compensation were performed by Debtor's counsel, and members of the Law Office of Jennifer D. Joakim, as set forth in the Exhibits attached hereto, and were performed on behalf of the debtor and not on behalf of any committee, creditor or person.

7. The compensation and reimbursement sought in this Application will not be divided, shared or pooled directly or indirectly with any other person or firm. No interim compensation under §330 has been previously sought.

8. Although promised a retainer from the Debtor in this matter, Counsel has not actually received a retainer from the Debtor in this matter. Counsel did receive $1039.00 for the filing fee.

WHEREFORE, Jennifer D. Joakim respectfully requests that this Court enter an Order authorizing payment of Counsel fees in the amount of $16,665.00, for services rendered during the time period of February 11, 2007 through April 20, 2007.

RESPECTFULLY SUBMITTED,

/s/Jennifer D. Joakim
Jennifer D. Joakim
BBO # 645113
P.O. Box 1177
3282 Main Street
Barnstable, MA 02630
Tel:   (508) 362-1010
Email: Atyjdj@aol.com

Dated:  April 24, 2007

CERTIFICATE OF SERVICE

    I, Jennifer D. Joakim, counsel to the Debtor in the above captioned matter, do hereby certify that on this 24th day of April, 2007, I served copies of the foregoing First Interim Application for Compensation upon the attached list of interested parties by first class mail, postage prepaid.

    /s/Jennifer D. Joakim
    Jennifer D. Joakim

Sandwich Service Center Incorporated
182 Route 6A
Sandwich, MA  02563

Arthur And Ruth Souza
P.O. Box 26
Forestdale, MA 02644

Cape Cod Trailer & Storage
Rte. 132
Hyannis, MA 02601

David Costa
227 Quaker Meeting House Road
E. Sandwich, MA 02537

Dennison Lubricants
102 Charles A. Eldridge Drive
Lakeville, MA 02347

IRS
P.O. Box 21126
Philadelphia, PA 19114

Jonathan Fitch, Esquire
MacNeil & Fitch
P.O. Box 549
Sandwich, MA 02563


Kevin Sharpe
76 Mill Road
E. Sandwich, MA 02537


Massachusetts Department Of Revenue
P.O. Box 9564
Boston, MA 02114


Robert Pechey
4 Piper's Way Ext.
Carver, MA 02336


Stephen Tardiff
P.O. Box 3780
Monarch Beach, CA 92629


Unifirst Uniform Co.
1 Victory Drive
Sandwich, MA 02563


John Fitzgerald
Office of the US Trustee
10 Causeway Street
Boston, MA  02222

KWE ENTERPRISES
7 State Street
Sandwich, MA 02563

Michael A. Wirtz
Jack Mikels & Associates, LLP
1 Batterymarch Park, Suite 309
Quincy, MA 02269