UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
                                           )
In Re:                                   )
                                           )
                                           )      CHAPTER 11
SANDWICH SERVICE CENTER     )      Case No. 07-10815-WCH
INCORPORATED                       )
                Debtor             )
                                           )
_____)

## DEBTORS APPLICATION TO EMPLOY COUNSEL

       Now comes the Debtor in the above-captioned matter, by its president and applies pursuant to 11 U.S.C. Sec 327 and Bankruptcy Rule 2014 for an order in the form attached approving employment of counsel.  In support, the Debtor represents:

1.       The petition commencing this case was filed on February 11, 2007.

2.       No trustee has been appointed so that the Debtor has all of the powers and duties of a debtor in possession under 11 U.S.C. Sec 1107.

3.       The Debtor requires the services of an attorney to provide legal counsel and advice, to appear on its behalf and, in general, to assist the Debtor in properly performing its duties under 11 U.S.C. Sec. 1107.

4.       This application seeks appointment of counsel or general representation of the Debtor in all legal matters, including:

       a.)  General advice and legal services in connection with the continued operation of the Debtor;

       b.)  Evaluation, and prosecution or defense of potential and asserted claims of and against the Debtor;

       c.)  Negotiation and filing of a reorganization plan and disclosure statement;

       d.)  Preparation and filing of motions, notices, applications, complaints, reports and other documents necessary or appropriate in the course of the case;

       e.)  Representation of the Debtor in all hearings, conferences, examinations, meetings and other proceedings, whether judicial, administrative or informal;