**EXHIBIT B**

OVERALL SUMMARY

RE: SANDWICH SERVICE CENTER

| Name | Initials | Hourly rate | Hours | Total |
|---|---|---|---|---|
| Jennifer D. Joakim | JDJ | $225 | 22.4 | $ 5,040 |
| Joseph J. Berlandi | JJB | $225 | 29 | $ 6,525 |
| John G. Kennan, Jr. | JGK | $200 | 25.5 | $ 5,100 |
| | | | 7.9 | $16,665 |

SUMMARY BY CATEGORY

| Category | Name | Hours | Fees |
|---|---|---|---|
| 1. Preliminary Matters, | JDJ | 15.95 | $ 3588.75 |
| | JJB | 2 | $ 450 |
| | JGK | 2 .5 | $ 500 |
| | | 20.45 | $ 4538.75 |
| 2. Recovery of Estate Property | JDJ | 5.75 | $ 1293.75 |
| | JJB | 2.5 | $ 562.50 |

|  |  |  |  |
|---|---|---|---|
|  | JGK | 10 | $ 2,000 |
|  |  | 18.25 | $ 3856.25 |
| 3. Communication with Debtor * | JDJ | 0 | $ 0 |
|  | JJB | 9.2 | $ 2,070 |
|  | JGK | 3 | $ 600 |
|  |  | 12.2 | $ 2,670 |

*Time included in other categories

|  |  |  |  |
|---|---|---|---|
| 4. Misc. | JDJ | .7 | $ 157.50 |
|  | JJB | 15.3 | $ 3,442.50 |
|  | JGK | 10 | $ 2,000 |
|  |  | 26 | $ 5,600 |

TOTAL OF CATEGORIES 1-4

| Category | Attorney's Fees |
|---|---|
| 1. | $ 4538.75 |
| 2. | $ 3856.25 |
| 3. | $ 2,670 |
| 4. | $ 5,600 |
| TOTAL | $16,665.00 |