UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In Re: ) | |
| ) | |
| ) | CHAPTER 11 |
| SANDWICH SERVICE CENTER ) | Case No. 07-10815-WCH |
| INCORPORATED ) | |
| Debtor ) | |
| ) | |
| ) | |

FIRST APPLICATION FOR INTERIM COMPENSATION
OF ACCOUNTANT TO THE DEBTOR

To the Honorable William C. Hillman, United States Bankruptcy Judge:

Now comes the Debtor in the above-captioned matter, by its president and hereby requests that Jean Worden, of Rainbow Accounting and Tax Service, Inc., having been employed as Accountant to the Debtor in Possession in the above entitled case, and as such having rendered the services described in the itemized bill annexed hereto, be allowed the sum of $2,775.00 for said services to be paid from the Debtor's Estate as the Court allows.

In support of this application, Debtor states the following:

1. Sandwich Service Center, Incorporated commenced its case through the filing of a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on February 11, 2007.

2. By Order dated March 15, 2007, this Court allowed the Debtor's Non-adversarial Application to Employ Counsel, authorizing the employment of Counsel for the Debtor effective as of the commencement of the case. A copy of the Order containing the Court's notation allowing the motion is attached as Exhibit A.

3. Attached hereto as Exhibit B is a summary chart in conformance with Local Rule 2006-1(a)(2), setting forth the total amount of fees charged the accountant. These

services are itemized fully in the contemporaneously maintained invoices attached as

Exhibit C.  A biography of the accountant who provided services are attached as Exhibit

D.

4.	The compensation and reimbursement sought in this Application will not be

divided, shared or pooled directly or indirectly with any other person or firm.  No interim

compensation under §330 has been previously sought.

    WHEREFORE, Debtor respectfully requests that this Court enter an Order authorizing payment of accountant fees in the amount of $2775.00, for services rendered during the time period of February 11, 2007 through May 15, 2007.

    Respectfully submitted,
Jason M. Furman, President of
Sandwich Service Center Incorporated, Debtor,
By its Attorney,

/s/Jennifer D. Joakim
Jennifer D. Joakim
BBO # 645113
P.O. Box 1177
3282 Main Street
Barnstable, MA 02630
Tel:    (508) 362-1010
Email: Atyjdj@aol.com

Dated:  May 21, 2007

CERTIFICATE OF SERVICE

    I, Jennifer D. Joakim, counsel to the Debtor in the above captioned matter, do hereby certify that on this 21st day of May, 2007, I served copies of the foregoing First Interim Application for Compensation upon the attached list of interested parties by first class mail, postage prepaid.

    /s/Jennifer D. Joakim

Jennifer D. Joakim

Sandwich Service Center Incorporated
182 Route 6A
Sandwich, MA  02563

Arthur And Ruth Souza
P.O. Box 26
Forestdale, MA 02644

Cape Cod Trailer & Storage
Rte. 132
Hyannis, MA 02601

David Costa
227 Quaker Meeting House Road
E. Sandwich, MA 02537

Dennison Lubricants
102 Charles A. Eldridge Drive
Lakeville, MA 02347

IRS
P.O. Box 21126
Philadelphia, PA 19114

Jonathan Fitch, Esquire
MacNeil & Fitch
P.O. Box 549
Sandwich, MA 02563

Kevin Sharpe
76 Mill Road
E. Sandwich, MA 02537

Massachusetts Department Of Revenue
P.O. Box 9564
Boston, MA 02114

Robert Pechey
4 Piper's Way Ext.
Carver, MA 02336

Stephen Tardiff
P.O. Box 3780
Monarch Beach, CA 92629

Unifirst Uniform Co.
1 Victory Drive
Sandwich, MA 02563

John Fitzgerald
Office of the US Trustee
10 Causeway Street
Boston, MA  02222

KWE ENTERPRISES
7 State Street
Sandwich, MA 02563

Michael A. Wirtz
Jack Mikels & Associates, LLP
1 Batterymarch Park, Suite 309
Quincy, MA 02269