UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>SANDWICH SERVICE CENTER<br>INCORPORATED<br>        Debtor | CHAPTER 11<br>Case No. 07-10815-WCH |

### DEBTOR'S APPLICATION FOR EMPLOYMENT OF ACCOUNTANT

Now comes the Debtor in the above-captioned matter, by its president and applies pursuant to Bankruptcy Rule 2014 for an order in the form attached approving the employment of Jean Worden, Rainbow Accounting and Tax Service, Inc. as its accountant in this case. In support of this Application, the Debtor represents:

1. The petition commencing this case was filed on February 11, 2007.

2. No trustee has been appointed so that the Debtor has all of the powers and duties of a debtor in possession under 11 U.S.C. Sec 1107.

3. The Debtor requires the services of an accountant and this application seeks authority from this Court to employ Jean Worden, Rainbow Accounting and Tax Service, Inc. as its accountant. The debtor submits that it is necessary to employ an accountant to assist and advise the Debtor in connection with the following, including:

    a.) general advice and accounting services in connection with the continued operation of the Debtor;

    b.) assisting the Debtor in the preparation and filing of appropriate tax returns with the state and federal taxing authorities;

    c.) such other accounting services as required to assist the Debtor in the continued operation of the Debtor.

4. The Debtor has selected and seeks to employ Jean Worden, Rainbow Accounting and Service, Inc. of 8612 Fantasia Parkway, Riverview, Florida as its accountant. The Debtors further states that it has employed Jean Worden prior to the filing of the case and that no money is owed for her pre-petition fees and expenses.