EXHIBIT B

SUMMARY OF SERVICES OF THE ACCOUNTANT TO THE DEBTOR

Acting pursuant to and in accordance with provision of 11 USC 330 (a) and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Debtor represents the following:

1. Sandwich Service Center, Incorporated commenced its case through the filing of a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on February 11, 2007.

2. By Order dated March 15, 2007, this Court allowed the Debtor's Non-adversarial Application to Employ Counsel, authorizing the employment of Counsel for the Debtor effective as of the commencement of the case.

3. This fee application covers the period from February 11, 2007 though May 15, 2007.

4. The services that the Accountant provided on behalf of the debtor-in-possession:

   a. General bookkeeping for the months of February, March, April and May, 2007.

   b. Prepare the federal income tax returns (Quarterly), together with all necessary research and paperwork,

   c. Prepare the Massachusetts DUA First Quarter Contribution Report, together with all necessary research and paperwork.

5. The accountant working on this case, Jean Worden, of Rainbow Accounting and Tax Service, Inc. has been employed as an accountant for over 22 years.  Moreover, she is familiar with the operations of the debtor, as she was employed by Sandwich Service Center Incorporated prior to the filing of the petition.

6. The invoices attached hereto reflect Ms. Worden's customary charges to the debtor, who is charged a flat rate for all services.

A summary for each month is as follows:

| | | |
|---|---|---|
| February 2007: | General Bookkeeping | $675.00 |
| | Corporation Taxes prepared | $450.00 |
| | And electronically filed | |
| March 2007: | General Bookkeeping | $550.00 |
| April 2007: | General Bookkeeping | $550.00 |
| May 2007: | General Bookkeeping | $550.00 |